IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CARLOS A.L. VAUGHN, 822548,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 3:10-CV-1901-K |
| | ) | |
| **THE STATE OF TEXAS,** | ) | |
| **Defendant.** | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's objections filed on March 3, 2011, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.   Plaintiff's Objections are hereby **OVERRULED.**

SO ORDERED.

Signed this 10th day of March, 2011.


_Ed Kinkeade_
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE